IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

BOARD OF TRUSTEES,　　　　　　　　　)
SHEET METAL WORKERS' NATIONAL　　)
PENSION FUND, *et al.*,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Plaintiffs,　　　　　　　　　　　　)　　　Case No. 1:15-cv-1285-GBL-JFA
　　　　　　　　　　　　　　　　　　　　)
　　　v.　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
EFFICIENT BUILDING　　　　　　　　　　)
SERVICES, LLC, *et al.*,　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　Defendants.

## ORDER and FINAL JUDGMENT

Upon consideration of Report and Recommendation entered on May 20, 2016 by United States Magistrate John F. Anderson (Doc. 19), who was designated to conduct a hearing on this matter, no objection having been filed within fourteen days, and upon independent review of the record,

**IT IS HEREBY ORDERED** that the Court adopts, as its own, the findings of fact and accepts the recommendation of United States Magistrate Judge Anderson;

**IT IS FURTHER ORDERED** that Plaintiffs' Motion for Default Judgment (Doc. 11) is **GRANTED**;

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiffs Board of Trustees of the Sheet Metal Workers' National Pension Fund ("NPF"), the Board of Trustees of the Sheet Metal Workers' National Supplemental Savings Plan ("NSSP"), the Board of Trustees of the International Training Institute for the Sheet Metal and Air Conditioning Industry ("ITI"), the Board of Trustees for the National Energy Management Institute Committee ("NEMIC"), the Board of Trustees of the Sheet Metal Occupational Health Institute Trust

("SMOHIT"), the Board of Trustees of the Sheet Metal Workers' International Association Scholarship Fund ("SMWIASF"), and the Board of Trustees of the National Stabilization Agreement of the Sheet Metal Industry Trust Fund ("SASMI"), and against Defendant Efficient Building Services, LLC ("EBS") in the total amount of $21,477.16 consisting of the following:

     (1)     $9,095.31 in unpaid contributions;

     (2)     $677.28 in interest;

     (3)     $1,819.07 in liquidated damages;

     (4)     $8,957.00 in attorney's fees; and

     (5)     $928.50 in costs;

**IT IS FURTHER ORDERED** that the Clerk enter judgment in favor of Plaintiff Board of Trustees of the Sheet Metal Workers' National Supplemental Savings Plan and against Defendant Gary Atz ("Atz") in the total amount of $1,858.94 consisting of the following:

     (1)     $1,452.22 in unpaid employee contributions;

     (2)     $116.28 in interest; and

     (3)     $290.44 in liquidated damages.

**IT IS SO ORDERED.**

ENTERED this _11th_ day of August, 2016.

Alexandria, Virginia
8 / 11 / 2016

                          /s/
                        Gerald Bruce Lee
                        United States District Judge